MITCHELL A. C. LEVY, Appellant, *v.* GEORGE H. B. HILL, Respondent.

*Levy* v. *Hill,* 70 App. Div. 95, affirmed.
(Argued March 20, 1903; decided April 7, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1902, sustaining defendant's exceptions, ordered to be

heard in the first instance by the Appellate Division, and granting a motion for a new trial.

*John Frankenheimer* for appellant.

*J. Langdon Ward* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.